UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY L. NIBLACK, : | |
| : | |
| Plaintiff, : | Civ. No. 16-0494 (RBK) (JS) |
| : | |
| v. : | |
| : | |
| SCO WILLIAM GOULD, et al., : | **MEMORANDUM AND ORDER** |
| : | |
| Defendants. : | |

Plaintiff, Stanley L. Niblack, is a state prisoner proceeding *pro se* with a civil rights complaint. This matter was removed from state court. Thereafter, two of the defendants who had been served filed a motion to dismiss the complaint. This Court granted the motion to dismiss in part and also screened the entirety of the complaint pursuant to 28 U.S.C. § 1915A. Accordingly, plaintiff's federal claims were dismissed without prejudice and this Court declined to exercise supplemental jurisdiction over plaintiff's state law claims. Plaintiff was given thirty days in which to file an amended complaint that corrected the deficiencies of the original complaint.

On January 17, 2016, this Court received an amended complaint from plaintiff and this matter was reopened. Prior to having the two defendants who were served with the original complaint file a response to the amended complaint, this Court will screen the amended complaint pursuant to 28 U.S.C. § 1915A. If, after that screening is complete, at least a portion of plaintiff's claims are proceeded, the defendants will be ordered to file a response to the amended complaint at that time.

Accordingly, IT IS this   23rd   day of January, 2017,

ORDERED that this Court will conduct a screening of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A in due course; and it is further

2

ORDERED that it is unnecessary for defendants to file a response to the amended complaint until such time as that § 1915A screening is completed by this Court; and it is further

ORDERED that the Clerk shall serve a copy of this Order on plaintiff by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge